(110 So. 918)

C. A. CHAMBERS v. STATE. (6 Div. 71.) (Court of Appeals of Alabama. Dec. 7, 1926.)

[1] 20 Ala. App. 246.
[2] 20 Ala. App. 251.
[3] 20 Ala. App. 279.
[4] 20 Ala. App. 360.

Appeal from Circuit Court, Jefferson County; John P. McCoy, Judge.

RICE, J. Affirmed.